IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff**, <br><br> v. <br><br> **HECTOR MULERO-ALGARIN,** <br><br> **Defendant**. | **CRIM. NO. 14-748 (PAD)** |

## ORDER

The Court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Héctor Mulero-Algarín, (Docket No. 104), to which no objections have been filed. The Court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea of defendant is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

This case was referred to the U.S. Probation Officer for preparation of a Presentence Report on June 15, 2015 (Docket No. 101).

The Sentencing Hearing is set for October 16, 2015 at 9:30 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of July, 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge